No. 417. GEORGE L. SQUIER MFG. CO. v. DOMENECH. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the First Circuit. December 4, 1933. Dismissed on motion of *Messrs. John Lord O'Brian* and *Noel S. Symons* for petitioner.